199 So.2d 179

**Charles H. GILMAN et al.**

**v.**

**Alphonse L. BABIN, Sr., et al.**

No. 48676.

May 19, 1967.

In re: Alphonse L. Babin, Sr., et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 195 So.2d 737.

Writ refused. The judgment of the Court of Appeal is correct.

McCALEB, J., is of the opinion that the application should be granted.

199 So.2d 180

**Mrs. Patricia Savage LOFTUS**

**v.**

**GRAIN DEALERS MUTUAL INSUR-
ANCE COMPANY et al.**

No. 48678.

May 19, 1967.

In re: Mrs. Patricia Savage Loftus applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 195 So.2d 747.

Writ refused. No error of law.